UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

In Re:

Ginger H. Camp,

Case No. B-07-50547 C-7W

Debtor(s).

**ORDER FOR UNCLAIMED MONIES**

    **IT APPEARING** that a dividend and/or other monies which remain unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case are as hereinafter indicated; and for sufficient reasons appearing, and

    **IT IS FURTHER ORDERED** that Edwin H. Ferguson, Jr., Trustee in the above-named case, pay to the Clerk, U. S. Bankruptcy Court, the total amount of the unclaimed monies described herein below within ten (10) days from this date together with a supplemental report, itemizing disbursement for these unclaimed funds.

| Check No. | Claim No. | Claimant | Address | Amount |
|---|---|---|---|---|
| 106 | 11 | Bank of Stanly c/o Steven F. Blalock | 219 West Main Street Albemarle, NC 28001 | 1,848.30 |
| **TOTAL** | | | | $1,848.30 |

**PARTIES TO BE SERVED**
**Page 1 of 1**
**Case No. B 05-51094 C-7W**

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Edwin H. Ferguson, Jr.,
Attorney for Trustee
FERGUSON, SCARBROUGH & HAYES, PA
PO Box 444
Concord, NC 28026-0444

Bank of Stanly
c/o Steven F. Blalock
219 West Main Street
Albemarle, NC 28001